UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

January 13, 2006

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-2579

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 02 CR 144 |
| MICHAEL HUDSON, *Defendant-Appellant*. | Charles N. Clevert, Jr., *Judge*. |

## O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker,* 543 U.S. 220 (2005), has limited the guidelines to advisory status. *See United States v. Paladino,* 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the guidelines' advisory status. The range under the guidelines is 151 to 188 months, and Hudson's sentence of 151 months is the lowest possible guidelines sentence. Hudson has filed an argument concerning the appropriate disposition of the appeal in light of the district court's response. He asserts that his acceptance of responsibility, lesser role in the offense, and positive conduct since sentencing make his 151-month sentence unreasonable. But a

sentence within the advisory guidelines range is presumed reasonable, *Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005), and we do not see any reason why Hudson's sentence would be deemed unreasonable in post-*Booker* practice.  The judgment of the district court therefore is AFFIRMED.